IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEANDRE R. JENNINGS,<br><br>                Petitioner,<br><br>vs.<br><br>CRAIG GAMBLE, TSCI Warden; and ROB JEFFERIES, Director;<br><br>                Respondents. | 8:23CV181<br><br>ORDER |

      This matter is before the Court for case management. Petitioner, by and through counsel, filed a brief in response to Respondents' answer and brief on December 30, 2024. Filing No. 29. In accordance with the Court's previous progression order, and in the interests of justice,

      IT IS ORDERED that:

      1.    Respondents shall have until **January 29, 2025**, to file and serve a reply brief. In the even that Respondents elect not to file a reply brief, they should inform the Court by filing a notice stating that they will not file a reply brief and that the merits of the petition are therefore fully submitted for decision.

      2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **January 29, 2025**: check for Respondents' reply brief.

      Dated this 31st day of December, 2024.

                                                        BY THE COURT:

                                                        Joseph F. Bataillon
                                                        Senior United States District Judge