IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LEANDRE R. JENNINGS,

                  Petitioner,

     vs.

CRAIG GAMBLE, TSCI Warden; and ROB
JEFFERIES, Director;

               Respondents.

**8:23CV181**


**ORDER**

This matter is before the Court on a letter from the Petitioner, which the Court received on March 12, 2025, and directed the Clerk of the Court to file. Filing No. 32. In the letter, Petitioner indicates he has not yet seen the second amended petition, Filing No. 15, filed by his appointed counsel, Ms. Cavanaugh, and he asks the Court to consider the second amended petition filed by counsel as supplemental to the first amended petition, Filing No. 9, filed by Petitioner, pro se, and to delay ruling on his petition until he has a chance to confer with counsel. Upon consideration,

IT IS ORDERED that:

1.    Ms. Cavanaugh shall have until April 16, 2025, to advise the Court whether she has conferred with Petitioner regarding the contents of his letter and whether there is any reason the Court should delay ruling on Petitioner's petition.

2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **April 16, 2025**: check for response from Petitioner's counsel.

Dated this 17th day of March, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge